BENJAMIN J. FOX (CA SBN 193374)
BFox@mofo.com
ANI OGANESIAN (CA SBN 329296)
AOganesian@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Fax: (213) 892-5454

THOMAS C. FROST (CA SBN 185187)
THE FROST FIRM
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 822-1741
Facsimile: (619) 822-1744
tfrost@thefrostfirm.com

JOYCE LIOU (CA SBN 277720)
JLiou@mofo.com
EOIN CONNOLLY (CA SBN 300373)
EConnolly@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Plaintiff,
AK FUTURES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AK FUTURES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BOYD STREET DISTRO, LLC and DOES 1-10,<br><br>    Defendants. | No. 8:21-cv-01027-JVS-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND LEAVE TO IMMEDIATELY COMMENCE DISCOVERY**<br><br>Hearing Date:  Aug. 2, 2021<br>Time:          1:30 p.m.<br>Courtroom:     10C<br><br>Honorable James V. Selna |

sf-4521571

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 2, 2021, at 1:30 p.m., in Courtroom 10C of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West 4th Street, Room 1053, Santa Ana, CA 92701, and before the Honorable James V. Selna, Plaintiff AK Futures LLC ("AKF") will, and hereby does, move this Court for a preliminary injunction against Defendant Boyd Street Distro, LLC ("Boyd St. Distro"), pursuant to Federal Rule of Civil Procedure 65, to prohibit Boyd Street Distro's unauthorized sale of counterfeit goods bearing AKF's trademarks and copyrighted logo, and for leave to immediately commence discovery, pursuant to Federal Rule of Civil Procedure 26(d)(1), to determine the identities of the Doe Defendants, the individuals and entities involved in manufacturing and distributing the counterfeit goods.

The grounds for this Motion are that Boyd Street Distro is selling counterfeit products that bear AKF's trademarks and copyrighted logo and replicate almost every element of AKF's distinctive packaging. A closer inspection of the goods reveals that they are not AKF's products; they are counterfeits. The sale of these counterfeit goods constitutes infringement of AKF's copyright and trademarks and is causing and, unless restrained, will continue to cause serious and irreparable injury to AKF for the reasons explained in the accompanying Memorandum of Points and Authorities. There is also good cause for granting AKF leave to immediately commence discovery to expose the identities of the Doe Defendants who are involved in manufacturing and distributing these counterfeit goods.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Benjamin J. Fox, James Clelland, Taylor Carroll, and Drew Maconachy and accompanying exhibits, all pleadings and papers on file in this

1 | action, and such further argument and matters as may be offered at the time of the
2 | hearing of this Motion.

Dated: July 1, 2021					MORRISON & FOERSTER LLP

					By: */s/ Benjamin J. Fox*
						Benjamin J. Fox

						Attorneys for Plaintiff
						AK FUTURES LLC

sf-4521571