BENJAMIN J. FOX (CA SBN 193374)
bfox@mofo.com
ANI OGANESIAN (CA SBN 329296)
aoganesian@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

JOYCE LIOU (CA SBN 277720)
jliou@mofo.com
EOIN CONNOLLY (CA SBN 300373)
econnolly@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

THOMAS C. FROST
(CA SBN 185187)
tfrost@thefrostfirm.com
THE FROST FIRM
401 West A Street, Suite 1150
San Diego, California 92101
Telephone: (619) 822-1741
Facsimile: (619) 822-1744

Attorneys for Plaintiff
AK FUTURES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AK FUTURES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BOYD STREET DISTRO, LLC and DOES 1-10,<br><br>        Defendants. | Case No. 8:21-cv-01027-JVS-ADS<br><br>**DECLARATION OF JAMES CLELLAND IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND LEAVE TO IMMEDIATELY COMMENCE DISCOVERY**<br><br>Date:    Aug. 2, 2021<br>Time:    1:30 p.m.<br>Ctrm:    10C<br><br>The Hon. James V. Selna |

sf- 4512914

I, James Clelland, declare as follows:

1. I am a co-founder and the CEO of Plaintiff AK Futures LLC. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction and Leave to Immediately Commence Discovery. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. AK Futures LLC, together with its affiliates (collectively "AKF"), is the producer and distributor of Cake™ branded Delta-8 products ("CAKE Products"), including disposable electronic delivery systems that contain electronic cigarette liquid ("e-liquid"). Delta-8 is a hemp-derived product with less than 0.3% of the psychoactive delta-9-tetrahydrocannabinol compound and is permitted to be sold in interstate commerce under the 2018 Farm Bill. Delta-8 vaping products are regulated under the PACT Act and other rules and regulations.

3. AKF does not produce Delta-9 or cannabis products.

4. Prior to founding AKF, I developed a successful e-cigarette brand called "Dotmod." Using my designs, logos, and marketing strategy Dotmod's sales grew to approximately $20 million annually. I then co-founded AKF together with Devon Davis and Jeffrey Meng.

5. To market its Delta-8 products, AKF adopted the trademark "CAKE." The term "cake" has no particular meaning connected with Delta-8 e-cigarettes. I arbitrarily conceived the "CAKE" trademark after considering numerous alternatives, but I immediately sensed its possibilities. I spent countless hours drawing renderings of "Cake" as a brand name with cake-related logo designs. AKF immediately connected with the Cake brand.

6. In addition to the CAKE trademark, AKF also adopted the distinctive logo featuring a two-tier cake and a stylized "C" (the "CAKE Logo"), which I designed.

sf- 4512914

7. Both the CAKE trademark and CAKE Logo feature prominently on the packaging of AKF's CAKE Products.

8. AKF launched its CAKE Products at the CHAMPS Trade Show in Orlando, Florida in October 2020. While there were other Delta-8 products at the trade show, the CAKE Products stood out through their appealing branding and high quality.

9. Since as early as October 23, 2020, AKF has continuously used the CAKE mark and CAKE Logo on its products in commerce.

10. Demand for CAKE Products has been overwhelming. For the nine-month period ending May 2021, revenue from U.S. sales of authentic CAKE Products exceeded $60,000,000, and they are now the top-selling Delta-8 products in the United States.

11. AKF has spent substantial time, money, and effort in developing consumer recognition and awareness of its CAKE brand, and it is recognized as the market leader in high-quality hemp-derived Delta-8 vaping products. Due to the significant consumer recognition and goodwill the CAKE brand has accumulated, AKF's intellectual property is of enormous value to it.

12. To help protect this valuable intellectual property, AKF registered its copyright in the CAKE Logo with the U.S. Copyright Office after I assigned ownership of the copyright to AKF. The registration number of the copyright is VA 2-247-632. AKF is the registrant and rights holder to the copyright in the CAKE Logo.

13. Attached hereto as **Exhibit A** is a true and correct copy of the copyright registration certificate for the CAKE Logo and the sample deposited with the U.S. Copyright Office.

14. AKF also filed applications with the U.S. Patent & Trademark Office to register its CAKE mark in standard characters and in its distinctive stylized form, its CAKE Logo, and several other CAKE-formative marks for use in connection

with electronic cigarettes, electronic cigarette refill liquids and cartridges, electronic cigarette batteries, and electronic cigarette chargers, including as follows:

| MARK | DATE OF APPLICATION | U.S. SERIAL NUMBER |
|---|---|---|
| CAKE | December 21, 2020 | 90399839 (Class 34) |
| CAKED | March 17, 2021 | 90584363 (Class 34) |
| CAKED8 | March 17, 2021 | 90584410 (Class 34) |
| *Cake* (logo) | March 22, 2021 | 90594523 (Class 34) |
| | May 2, 2021 | 90686598 (Class 9) |
| (cake icon) | March 22, 2021 | 90594382 (Class 34) |
| | April 5, 2021 | 90624745 (Class 9) |
| EAT CAKE | March 25, 2021 | 90603633 (Classes 9 and 34) |

15. Attached hereto as **Exhibits B through I** are true and correct copies of the status of these applications as retrieved from the U.S. Patent & Trademark Office's Trademark Status & Document Retrieval system on June 23, 2021.

16. AKF has also applied for international registration of these marks, including in Canada, China, Japan, Korea, the United Kingdom, and the European Union.

17. AKF distributes its CAKE Products via authorized retailers and distributors, including retailers and distributors in Los Angeles. CAKE Products retail from between approximately $25 to $50.

18. AKF recently began to suspect that counterfeit CAKE Products were entering the market. AKF hired a private investigator, Maconachy Investigative Group ("MIG"), to investigate potential counterfeiting, and on May 6, 2021, MIG purchased purported CAKE Products from a store called Boyd Street Distro at 310 Boyd Street, Los Angeles, California. Boyd Street Distro is not an authorized distributor of CAKE Products.

sf- 4512914

19.     Together with Westcott Press ("Westcott"), the company that it uses to package its CAKE Products, AKF examined the products purchased from Boyd Street Distro to determine whether they were authentic or counterfeits.

20.     The disposable Delta-8 e-cigarette devices that AKF sells under the CAKE mark are white, but the devices purchased from Boyd Street Distro are black.

21.     Furthermore, the products sold by Boyd Street Distro replicate an old "Certificate of Analysis" that AKF included in certain of its authentic products. The Certificate of Analysis includes a copy of a QR code that, when scanned by a mobile phone, provides access to laboratory testing results commissioned by AKF that report the percent of THC in the e-liquid (less than 0.3%) and other important product information.  The QR code-linked laboratory report was not prepared for use with the products sold by Boyd Street Distro, which are of unknown quality and safety and have not been tested by AKF.

22.     In addition, my team identified numerous discrepancies in the packaging of the products purchased from Boyd Street Distro, demonstrating that the products were not packaged by Westcott and are not authentic CAKE Products.

23.     The sale of counterfeit CAKE Products will cause serious harm to AKF.  In addition to the lost revenue from these sales, AKF cannot control the quality or safety of counterfeit CAKE products.  AKF regularly tests its products for potency and regulatory compliance purposes, and screens for heavy metals, pesticides, and other contaminates, but AKF is unable to screen counterfeit products.

24.     If consumers have a negative experience with counterfeit CAKE Products or the counterfeit products are revealed to contain dangerous additives, it would have a damaging effect on the reputation and goodwill that AKF has established.  A consumer's negative experience with one of these counterfeit

products is likely to deter the consumer from purchasing AKF's genuine CAKE products in the future.

25. AKF has not been able to determine the identity of the party manufacturing or supplying the counterfeit CAKE Products to Boyd Street Distro.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 30 day of June, at Los Angeles, California.

By: _____
James Clelland