BENJAMIN J. FOX (CA SBN 193374)
BFox@mofo.com
ANI OGANESIAN (CA SBN 329296)
AOganesian@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Fax: (213) 892-5454

THOMAS C. FROST (CA SBN 185187)
THE FROST FIRM
401 West A Street, Suite 1150
San Diego, CA 92101
Telephone: (619) 822-1741
Facsimile: (619) 822-1744
tfrost@thefrostfirm.com

JOYCE LIOU (CA SBN 277720)
JLiou@mofo.com
EOIN CONNOLLY (CA SBN 300373)
EConnolly@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Plaintiff,
AK FUTURES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AK FUTURES LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>BOYD STREET DISTRO, LLC and DOES 1-10,<br><br>          Defendants. | No. 8:21-cv-01027-JVS-ADS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND LEAVE TO IMMEDIATELY COMMENCE DISCOVERY** |

The Court, having considered Plaintiff AK Futures LLC's Motion for Preliminary Injunction and Leave to Immediately Commence Discovery; Memorandum of Points and Authorities; and the Declarations of Benjamin J. Fox, James Clelland, Taylor Carroll, Drew Maconachy and attached exhibits in support thereof, and any opposition submitted in response thereto, **GRANTS** the Motion.

Pending final hearing and determination of this action, Defendant Boyd Street Distro, LLC ("Boyd Street Distro"), its officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with Boyd Street Distro **ARE HEREBY RESTRAINED AND ENJOINED** from:

1. using, on or in connection with the manufacture, distribution, sale, offering for sale, advertisement, and/or promotion of any products or services, any copy or colorable imitation of Plaintiff's CAKE trademarks or anything confusingly similar thereto, including but not limited to CAKE, the stylized CAKE mark depicted in U.S. Trademark Application Serial Nos. 90594523 and 90686598, and the cake logo depicted in U.S. Trademark Application Serial Nos. 90594382 and 90624745;

2. reproducing, distributing copies of, and/or displaying to the public the cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632 or any colorable imitation thereof;

3. representing directly or indirectly in any form or manner whatsoever, that Boyd Street Distro's business, products or services are in any manner associated with, sponsored by, or approved by Plaintiff or otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the source, origin or sponsorship of Boyd Street Distro' business, products or services; and

    4. assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (3) above.

Plaintiff shall not be required to post a bond for issuance of this Preliminary Injunction.

It is further **ORDERED** that Plaintiff may immediately begin serving on Boyd Street Distro discovery requests directed to uncovering the chain of distribution of counterfeit goods, including the identities of the Doe Defendants, and the volume of counterfeit goods that Boyd Street Distro has acquired and distributed.

IT IS SO ORDERED

Dated: 8/16/21

_____
United States District Court Judge
The Honorable James V. Selna