UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AK FUTURES LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOYD STREET DISTRO, LLC and DOES 1-10,<br><br>　　　　　Defendants. | No. 8:21-cv-01027-JVS-ADS<br><br>**[AMENDED] JUDGMENT AND PERMANENT INJUNCTION**<br><br>Complaint filed: June 10, 2021<br><br>The Hon. James V. Selna, Courtroom 10C |

On August 16, 2021, this Court entered its *Order Granting Plaintiff's Motion For Preliminary Injunction And Leave To Immediately Commence Discovery [Dkt 23],* and on September 15, 2021, this Court entered its *Amended Order Regarding Motion for Preliminary Injunction [Dkt 29].*

This Court has since approved the parties' *Second Stipulation to Entry of Judgment* and entered the *Order Granting Joint Application for Entry of Stipulated Judgment.*

AK Futures Complaint [*Dkt 1, at 13:14 – 15:13*] seeks permanent injunction, statutory damages, actual damages, and recovery of attorneys' fees and costs, though

this Judgment need not be limited to precisely what is sought in the Complaint, *see Rule 54(c)*.

**THEREFORE**,

    A.    Judgment is entered in favor of AK Futures and against Boyd Street Distro, LLC and Roshaan Ali on all claims for relief averred in the complaint.

    B.    **Statutory Damages**. A money judgment shall be, and hereby is, entered in favor of AK Futures, and against Boyd Street Distro and Roshaan Ali jointly and severally, in the amount of $150,000 for willful infringement of AK Futures' copyrighted CAKE design, pursuant to 17 U.S.C. § 504.

    C.    **Attorney's Fees**. AK Futures shall further be awarded its reasonable attorneys' fees and costs, including expert fees, in the amount of $65,000, which amount is acknowledged to be paid already.

    D.    **Total Monetary Judgment Amount**.  Adding together the amounts above without duplication, the total monetary judgment entered in favor of AK Futures, and against Boyd Street Distro and Roshaan Ali jointly and severally is $215,000 of which $65,000 has been satisfied.

    E.    **Interest**. The unsatisfied portion of this total monetary judgment amount will bear interest at the judgment rate from the date of this judgment was first entered until paid pursuant to 28 U.S.C. § 1961.

    F.    Boyd Street Distro, Roshaan Ali, and their partners, officers, directors, agents, employees, owners, and representatives, and all persons, firms, and

corporations who are in active concert or participation with any of them, as described in Federal Rules of Civil Procedure Rule 65(d)(2) (collectively, "Defendant's Related Persons"), are hereby **PERMANENTLY RESTRAINED AND ENJOINED FROM**:

      i.    using, on or in connection with the manufacture, import, distribution, advertisement, marketing, promotion, offering for sale, or sale of any products or services, any copy or colorable imitation of AK Future's CAKE trademarks, or anything confusingly similar thereto, including but not limited to CAKE, the stylized CAKE mark depicted in U.S. Trademark Application Serial Nos. 90594523 and 90686598, and the cake logo depicted in U.S. Trademark Application Serial Nos. 90594382 and 90624745;

      ii.    reproducing, distributing copies of, and/or displaying to the public the Cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632 or any colorable imitation thereof;

      iii.    creating, using, distributing copies of, and/or displaying to the public any derivative work of the Cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632;

      iv.    representing directly or indirectly, in any form or manner whatsoever, that Boyd Street Distro's or Defendants Related Persons' business, products or services are in any manner associated with, sponsored by, or approved by AK Futures, or otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the source, origin or sponsorship of Boyd Street Distro's or Defendants Related Persons' business, products or services; and

v. assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above.

G. Boyd Street Distro and Defendants Related Persons, as identified in Paragraph F above, shall destroy all products, labels, signs, prints, packages, wrappers, receptacles, boxes, files, images, advertisements, and promotions or materials in any other form in their possession that depicts, uses, or copies AK Futures' intellectual properties or similar names or marks as described above.

H. Boyd Street Distro and Defendants Related Persons are further directed to file with this Court and serve upon AK Futures within 30 days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Boyd Street Distro has complied with the judgment and permanent injunction and ceased all offering or promoting of unauthorized and inauthentic CAKE-branded goods.

Dated: October 14, 2025

_____
United States District Court Judge
The Honorable James V. Selna